```
                          United States Bankruptcy Court
                          Western District of Washington

In re:                                                              Case No. 18-41126-BDL
Donald Eugene Lee, Jr.                                              Chapter 7
          Debtor             CERTIFICATE OF NOTICE

District/off: 0981-3           User: sherrim              Page 1 of 2              Date Rcvd: Mar 30, 2018
                               Form ID: 309A              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2018.
db           +Donald Eugene Lee, Jr.,    22705 NE Mountain View Ct.,    Ridgefield, WA 98642-8882
956356075    +ADP,   One ADP Boulevard,    Roseland, NJ 07068-1786
956356078    +Alpine Mortgage,    6000 Meadows Rd #500,    Lake Oswego, OR 97035-3172
956356079    +Alpine Mortgage, a division of,    Finance of America Mortgage LLC,
               c/o Corporation Service Company, RA,    300 Deschutes Way SW Ste 304,    Olympia, WA 98501-7719
956356080    +American Medical Response,    6363 S Fiddlers Green Circle,    14th Floor,
               Englewood, CO 80111-5024
956356082    +Asset Systems,    4520 SE Belmont St. #280,    Portland, OR 97215-1668
956356083     Attorney General of US,    Dept. of Justice,    950 Pennsylvania Ave. NW,    Room B103,
               Washington, DC 20530-0001
956356084    +Bay Area Credit Service,    1901 W 10th St.,    Antioch, CA 94509-1380
956356091    +CMRE Financial Services,    3075 E Imperial Hwy. #200,    Brea, CA 92821-6753
956356089     Clark County Treasurer,    PO Box 5000,    Vancouver, WA 98666-5000
956356093    +DCS Financial,    717 E 22nd St Suite A,    PO Box 1179,    Vancouver, WA 98666-1179
956356094    +DirecTV,   PO Box 5007,    Carol Stream, IL 60197-5007
956356097    +Enhanced Recovery Corp.,    4800 Spring Park Rd.,    Jacksonville, FL 32207-7406
956356099    +Jacobus Carstar,    6710 NE St. Johns Rd.,    Vancouver, WA 98661-1232
956356100    +Legacy Emanuel Hospital & Health Center,    2801 N Gantenbein Ave.,    Portland, OR 97227-1623
956356101    +Legacy Salmon Creek Hospital,    PO Box 4037,    Portland, OR 97208-4037
956356103     Monson Law Office,    1865 NE 169th Place #208,    Beaverton, OR 97006
956356104    +Multnomah County Circuit Court,    1021 SW 4th Ave.,    Portland, OR 97204-1113
956356105    +Navient,   PO Box 9430,    Wilkes Barre, PA 18773-9430
956356107    +Northwest Acute Care - Salmon Creek,    825 NE Multnomah St.,    Portland, OR 97232-2135
956356108    #+Northwest Trustee Services,    PO Box 997,    Bellevue, WA 98009-0997
956356111    +PeaceHealth SW Medical Center,    400 NE Mother Joseph Pl.,    Vancouver, WA 98664-3200
956356112    +Peterson & Assoc.,    7917 NE Hazel Dell Ave.,    Vancouver, WA 98665-8299
956356114    +Professional Credit Service,    12204 SE Mill Plain Blvd. #101,    Vancouver, WA 98684-6027
956356115     Rowena Lee,    3737 SW Kelly Ave. #3,    Portland, OR 97239
956356117    +The Vancouver Clinic,    700 NE 87th Ave.,    Vancouver, WA 98664-4896
956356119    +US Attorney,    700 Stewart Street,    Suite 5220,    Seattle, WA 98101-4438
956356121    +Vancouver Radiologists,    4816 NE Thurston Way,    Vancouver, WA 98662-6661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ecf@resolvedebt.net Mar 31 2018 07:11:38     Richard S Ross,
               Law Office of Richard S Ross,    1610 Columbia St,   Vancouver, WA 98660
tr           +EDI: BCDCARLSON.COM Mar 31 2018 08:53:00      Charles D Carlson,   PO Box 3339,
               Vancouver, WA 98668-3339
smg           EDI: WADEPREV.COM Mar 31 2018 08:53:00      State of Washington,   Department of Revenue,
               2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
ust          +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Mar 31 2018 07:12:00     United States Trustee,
               700 Stewart St Ste 5103,   Seattle, WA 98101-4438
956356076    +E-mail/Text: jholmes@advantiscu.org Mar 31 2018 07:12:55     Advantis Credit Union,
               10501 SE Main Street,   Portland, OR 97222-7594
956356077    +EDI: ALLIANCEONE.COM Mar 31 2018 08:53:00      AllianceOne Receivables,
               4850 E Street Road #300,   Feasterville Trevose, PA 19053-6643
956356081    +E-mail/Text: documents@apellesnow.com Mar 31 2018 07:12:32     Apelles,
               3700 Corporate Dr. #240,   Columbus, OH 43231-5001
956356085     E-mail/Text: cms-bk@cms-collect.com Mar 31 2018 07:12:06     Capital Management Services,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
956356087    +EDI: PRA.COM Mar 31 2018 08:53:00      Capital One,   c/o Portfolio Recovery Assoc.,
               PO Box 41067,    Norfolk, VA 23541-1067
956356086    +EDI: CAPITALONE.COM Mar 31 2018 08:53:00      Capital One,   PO Box 71083,
               Charlotte, NC 28272-1083
956356088    +EDI: CITICORP.COM Mar 31 2018 08:53:00      Citibank South Dakota NA,   701 East 60th St. N,
               Sioux Falls, SD 57104-0493
956356090    +E-mail/Text: kris@columbiacollectors.com Mar 31 2018 07:12:13     Club Green Meadows,
               c/o Columbia Collectors,    1104 Main St. #311,   Vancouver, WA 98660-2955
956356092    +E-mail/Text: kris@columbiacollectors.com Mar 31 2018 07:12:13     Columbia Collectors,
               1104 Main St. #311,   Vancouver, WA 98660-2955
956356095    +E-mail/Text: DCISERVE2@QWESTOFFICE.NET Mar 31 2018 07:12:55     Dynamic Collectors,
               790 S Market Blvd.,   Chehalis, WA 98532-3420
956356096    +EDI: ECMC.COM Mar 31 2018 08:53:00      ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
956356098     EDI: IRS.COM Mar 31 2018 08:53:00      IRS Special Procedures,   PO Box 7346,
               Philadelphia, PA 19101-7346
956356102    +EDI: MID8.COM Mar 31 2018 08:53:00      Midland Funding,   8875 Aero Dr. #200,
               San Diego, CA 92123-2255
956356106    +EDI: NFCU.COM Mar 31 2018 08:53:00      Navy Federal Credit Union,   PO Box 3000,
               Merrifield, VA 22119-3000
956356109    +E-mail/Text: bknotices@professionalcredit.com Mar 31 2018 07:12:27     OHSU,
               c/o Professional Credit Service,    PO Box 7548,   Springfield, OR 97475-0039
956356110    +EDI: ORREV.COM Mar 31 2018 08:53:00      Oregon Dept. of Revenue,   955 Center St. NE,
               Salem, OR 97301-2554
956356113    +E-mail/Text: banko@afscollect.com Mar 31 2018 07:11:54     Portland Clinic,
               c/o Atlas Financial Services,    PO Box 1180,   Vancouver, WA 98666-1180
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
956356116         EDI: NEXTEL.COM Mar 31 2018 08:53:00      Sprint Nextel,    PO Box 4191,    Carol Stream, IL 60197
956356118        +E-mail/Text: bknotices@professionalcredit.com Mar 31 2018 07:12:27       The Vancouver Clinic,
                  c/o Professional Credit Service,    PO Box 7548,    Springfield, OR 97475-0039
956356120         EDI: USBANKARS.COM Mar 31 2018 08:53:00      US Bank,    PO Box 6335,    Fargo, ND 58125
                                                                                                  TOTAL: 24

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2018 at the address(es) listed below:
              Charles D Carlson    carlson7trustee@gmail.com, WA33@ecfcbis.com
              Richard S Ross    on behalf of Debtor Donald Eugene Lee, Jr. ecf@resolvedebt.net
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                          TOTAL: 3
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Donald Eugene Lee Jr.** | Social Security number or ITIN  xxx–xx–3459 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  __–_____ |
| United States Bankruptcy Court | Western District of Washington | Date case filed for chapter  7   3/30/18 |
| Case number: | 18–41126–BDL | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/2017

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donald Eugene Lee Jr. | |
| 2. | **All other names used in the last 8 years** | aka Donald E. Lee Jr., aka Don Lee, fka New Vision Media, LLC | |
| 3. | **Address** | 22705 NE Mountain View Ct. Ridgefield, WA 98642 | |
| 4. | **Debtor's attorney** Name and address | Richard S Ross Law Office of Richard S Ross 1610 Columbia St Vancouver, WA 98660 | Contact phone 360–699–1400 Email: ecf@resolvedebt.net |
| 5. | **Bankruptcy trustee** Name and address | Charles D Carlson PO Box 3339 Vancouver, WA 98668–5279 | Contact phone 360–768–7452 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1717 Pacific Avenue Suite 2100 Tacoma, WA 98402 | Hours open 8:30 am – 4:30 pm Monday – Friday Contact phone 253–882–3900 Date: 3/30/18 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 7. Meeting of creditors | **April 25, 2018 at 11:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Vancouver Federal Building, 500 West 12th, Second Floor, Vancouver, WA 98660** |
| 8. Presumption of abuse | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 6/25/18 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 18-41126-BDL    Doc 7    Filed 04/01/18    Ent. 04/01/18 21:24:39    Pg. 4 of 4