```
                         United States Bankruptcy Court
                          Western District of Washington
In re:                                                       Case No. 18-41126-BDL
Donald Eugene Lee, Jr.                                       Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: admin              Page 1 of 1              Date Rcvd: Jun 11, 2018
                              Form ID: finmgt          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db             +Donald Eugene Lee, Jr.,    22705 NE Mountain View Ct.,    Ridgefield, WA 98642-8882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2018 at the address(es) listed below:
              Charles D Carlson    carlson7trustee@gmail.com, WA33@ecfcbis.com
              Lance E Olsen    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
               lolsen@ecf.inforuptcy.com;lolsen@ecf.courtdrive.com
              Miles D Monson    on behalf of Interested Party    Courtesy NEF miles@monsonlawoffice.com
              Richard S Ross    on behalf of Debtor Donald Eugene Lee, Jr. ecf@resolvedebt.net
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                               TOTAL: 5

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re:<br>　　Donald Eugene Lee, Jr.<br>　　　　Debtor(s). | Case Number: 18−41126−BDL<br>Chapter: 7 |

**NOTICE OF REQUIREMENT TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**
**(Official Bankruptcy Form 23)**

You are notified that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7, under chapter 13 or in certain individual chapter 11 cases where 11 U.S.C. § 1141(d)(3) applies. The "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" (Official Bankruptcy Court Form B423) must be filed with the court by debtor or the course provider.

If you are exempt from the requirement of completing a financial management course under 11 U.S.C. § 109(h)(4), you must file Official Bankruptcy Form B423 and describe the reason for the exemption. If a hearing is necessary, the court will notify you of the date, time and place of a hearing to determine if you will be granted an exemption.

Unless you are exempt from the requirement, as described above, Official Bankruptcy Form B423 must be filed before a discharge can be entered in this case. In a chapter 7 case, the form must be filed within 60 days after the first date set for the meeting of creditors under § 341. In a chapter 13 case, the form must be filed no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under § 1328(b). In a chapter 11 individual case where 11 U.S.C. § 1141(d)(3) applies, the form must be filed prior to completion of all payments under the confirmed plan. Failure to file the certification may result in your case being closed without an entry of discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for the filing of the Official Bankruptcy Form B423, the debtor(s) must pay the filing fee due for reopening the case.

Dated: June 9, 2018

Mark L. Hatcher
Clerk of the Bankruptcy Court